

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Whaley, Robert H. | 2. Court or Organization  United States District Court | 3. Date of Report  07/09/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  United States District Court P.O. Box 283 Spokane, WA 99210-0283 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUL 12 A 11: 13

Whaley, Robert H.

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Winston & Cashatt Law Firm, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Core Cash Account | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. FRANKLIN TEMPLETON: | | | | | | | | | |
| 5. -Templeton Developing MrktsTrust Mut Fd | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. BNY MELLON (SEE VIII): | | | | | | | | | |
| 8. -Occidental Petroleum Corp. Common Stock | A | Dividend | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. FIDELITY EDUCATION ACCOUNT | | | | | | | | | |
| 11. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/30/09 | J | | |
| 12. | | | | | Buy (add'l) | 02/27/09 | J | | |
| 13. | | | | | Buy (add'l) | 03/31/09 | J | | |
| 14. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 15. | | | | | Buy (add'l) | 05/29/09 | J | | |
| 16. | | | | | Buy (add'l) | 06/30/09 | J | | |
| 17. | | | | | Buy (add'l) | 07/30/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/31/09 | J | | |
| 19. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 20. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 21. | | | | | Buy (add'l) | 11/30/09 | J | | |
| 22. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 23. | | | | | | | | | |
| 24. FIDELITY EDUCATION ACCOUNT | | | | | | | | | |
| 25. -NH 100% Equity Contribution | None | J | T | | Buy (add'l) | 01/30/09 | J | | |
| 26. | | | | | Buy (add'l) | 02/27/09 | J | | |
| 27. | | | | | Buy (add'l) | 03/31/09 | J | | |
| 28. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 29. | | | | | Buy (add'l) | 05/29/09 | J | | |
| 30. | | | | | Buy (add'l) | 06/30/09 | J | | |
| 31. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 32. | | | | | Buy (add'l) | 08/31/09 | J | | |
| 33. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 34. | | | | | Buy (add'l) | 10/30/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/30/09 | J | | |
| 36. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 37. | | | | | | | | | |
| 38.  FIDELITY EDUCATION ACCOUNT | | | | | | | | | |
| 39.  -NH 100% Equity Contribution | None | J | T | | Buy (add'l) | 01/30/09 | J | | |
| 40. | | | | | Buy (add'l) | 02/27/09 | J | | |
| 41. | | | | | Buy (add'l) | 03/31/09 | J | | |
| 42. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 43. | | | | | Buy (add'l) | 05/29/09 | J | | |
| 44. | | | | | Buy (add'l) | 06/30/09 | J | | |
| 45. | | | | | Buy (add'l) | 07/30/09 | J | | |
| 46. | | | | | Buy (add'l) | 08/31/09 | J | | |
| 47. | | | | | Buy (add'l) | 09/30/09 | J | | |
| 48. | | | | | Buy (add'l) | 10/30/09 | J | | |
| 49. | | | | | Buy (add'l) | 11/30/09 | J | | |
| 50. | | | | | Buy (add'l) | 12/31/09 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 53.  -Fidelity Int'l Discovery Mutual Fund | A | Dividend | K | T | | | | | |
| 54.  -Fidelity Canada Mutual Fund | A | Dividend | K | T | | | | | |
| 55.  -Fidelity Int'l Small Cap Opp Fund Mutual Fund | | None | | | Sold | 09/21/09 | J | | |
| 56.  -Fidelity Diversified Int'l Mutual Fund | | None | | | Sold | 09/23/09 | K | | |
| 57.  -Fidelity New Markets Income Mutual Fund | B | Dividend | K | T | Buy (add'l) | 07/20/09 | J | | |
| 58.  -Spartan Total Mkt Index Investor Class Mutual Fund | A | Dividend | | | Sold | 10/13/09 | K | | |
| 59.  -Spartan Int'l Index Investor Class Mutual Fund | A | Dividend | K | T | | | | | |
| 60.  -Fidelity Small Cap Stock Mutual Fund | | None | | | Sold | 12/28/09 | K | B | |
| 61.  -Fidelity Capital & Income Mutual Fund | C | Dividend | L | T | | | | | |
| 62.  -Fidelity Contrafund Mutual Fund | A | Dividend | | | Sold | 12/28/09 | K | D | |
| 63.  -Fidelity Real Estate Investment Mutual Fund | A | Dividend | | | Sold | 07/20/09 | J | | |
| 64.  -Fidelity Balanced Mutual Fund | A | Dividend | | | Sold (part) | 10/16/09 | K | | |
| 65. | | | | | Sold (part) | 10/16/09 | K | A | |
| 66. | | | | | Sold | 10/20/09 | J | B | |
| 67.  -Fidelity Low Priced Stock Mutual Fund | A | Dividend | K | T | | | | | |
| 68.  -Fidelity Strategic Income Mutual Fund | B | Dividend | L | T | Buy (add'l) | 08/14/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Export & Multinational Mutual Fund | | None | | | Sold | 08/14/09 | K | | |
| 70. -Artisan Int'l Mutual Fund | | None | | | Sold | 01/13/09 | K | | |
| 71. -First Eagle Global Class A Mutual Fund | B | Dividend | L | T | | | | | |
| 72. Oakmark Equity & Income Fd I Mutual Fund | A | Dividend | M | T | Buy | 10/19/09 | K | | |
| 73. | | | | | Buy (add'l) | 10/21/09 | J | | |
| 74. | | | | | Buy (add'l) | 12/29/09 | L | | |
| 75. -Kinetics Small Cap Opportunities Mutual Fund | | None | J | T | | | | | |
| 76. -Northern Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 77. -Schwab Small Cap Equity-Invest Shs Mutual Fund | | None | | | Merged (with line 78) | 09/28/09 | J | | |
| 78. Schwab Small Cap Eq Fund Select Mutual Fund | | None | | | Sold | 10/16/09 | J | | |
| 79. -Third Avenue Real Estate Value Mutual Fund | A | Dividend | K | T | | | | | |
| 80. -Van Kampen Equity & Income Class C Mutual Fund | A | Dividend | K | T | | | | | |
| 81. Vanguard Wellington Fund Mutual Fund | A | Dividend | K | T | Buy | 09/24/09 | K | | |
| 82. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. FIDELITY INVESTMENTS: | | | | | | | | | |
| 85. -Amgen Inc. Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -The Ben Franklin Fed S&L Ass'n Common Stock | | None | J | T | | | | | |
| 87.  -Eaton Vance Tax Advantage Div Income Fd Mutual Fund | B | Dividend | | | Sold (part) | 10/23/09 | K | B | |
| 88. | | | | | Sold | 10/23/09 | J | | |
| 89.  -Zimmer Holdings Inc. Common Stock | | None | J | T | | | | | |
| 90.  -Fidelity International Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 91.  -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 92.  -Fidelity Diversified International Mutual Fund | A | Dividend | J | T | | | | | |
| 93.  -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 94.  -Fidelity Small Cap Independence Mutual Fund | A | Dividend | | | Sold | 10/06/09 | J | | |
| 95.  -Fidelity Small Cap Stock Mutual Fund | A | Dividend | K | T | | | | | |
| 96.  -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 97.  -Fidelity Contrafund Mutual Fund | A | Dividend | K | T | | | | | |
| 98.  -Fidelity Mid Cap Growth Mutual Fund | | None | | | Sold | 10/06/09 | J | | |
| 99.  -Fidelity Real Estate Investments Mutual Fund | A | Dividend | J | T | | | | | |
| 100. -Fidelity Balanced Mutual Fund | A | Dividend | K | T | | | | | |
| 101. -Fidelity Low-Priced Stock Mutual Fund | A | Dividend | L | T | | | | | |
| 102. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Fidelity Dividend Growth Mutual Fund | | None | | | Sold | 10/21/09 | K | E | |
| 104. -Fidelity Leveraged Company Stock Mutual Fund | | None | | | Sold | 10/13/09 | K | C | |
| 105. -Fidelity Export & Multinational Mutual Fund | | None | | | Sold | 10/13/09 | K | B | |
| 106. -Fidelity Value Mutual Fund | | None | | | Sold | 10/06/09 | J | | |
| 107. -American Balanced Class C Mutual Fund | A | Dividend | K | T | Sold (part) | 10/21/09 | K | D | |
| 108. -Calamos Growth Fund Class C Mutual Fund | | None | K | T | | | | | |
| 109. -American Growth Fund of America Class C Mutual Fund | A | Dividend | K | T | | | | | |
| 110. Oakmark Equity & Income Fd 1 Mutual Fund | B | Dividend | M | T | Buy | 10/09/09 | J | | |
| 111. | | | | | Buy (add'l) | 10/14/09 | L | | |
| 112. | | | | | Buy (add'l) | 10/22/09 | K | | |
| 113. -Vanguard Index Trust S&P Port Mutual Fund | | None | | | Sold | 10/13/09 | K | A | |
| 114. Vanguard Wellington Fund Mutual Fund | A | Dividend | M | T | Buy | 10/14/09 | K | | |
| 115. | | | | | Buy (add'l) | 10/22/09 | K | | |
| 116. -Fidelity Cash Reserves | A | Dividend | K | T | | | | | |
| 117. | | | | | | | | | |
| 118. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 119. -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Intl Small Cap Opp Fund | | None | | | Sold | 09/23/09 | J | | |
| 121. -Fidelity Diversified International Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 122. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | Buy (add'l) | 09/22/09 | J | | |
| 123. -Fidelity Small Cap Stock Mutual Fund | | None | J | T | | | | | |
| 124. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 125. -Fidelity Capital Appreciation Mutual Fund | | None | | | Sold | 09/23/09 | J | | |
| 126. -Fidelity Large Cap Value Mutual Fund | A | Dividend | | | Sold | 09/22/09 | J | | |
| 127. -Fidelity Real Estate Investment Mutual Fund | A | Dividend | J | T | | | | | |
| 128. -Fidelity Total Bond Mutual Fund | A | Dividend | | | Sold | 10/05/09 | J | B | |
| 129. -Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 130. fFidelity Strategic Income Mutual Fund | A | Dividend | K | T | Buy | 09/22/09 | J | | |
| 131. | | | | | Buy (add'l) | 10/05/09 | J | | |
| 132. -Fidelity Leveraged Company Stock Mutual Fund | A | Dividend | | | Sold | 09/22/09 | J | C | |
| 133. -Fidelity Select Technology Mutual Fund | | None | J | T | | | | | |
| 134. -Fidelity Select Health Care Mutual Fund | A | Dividend | | | Sold | 10/06/09 | J | B | |
| 135. -Oakmark Select Mutual Fund | | None | | | Sold | 10/09/09 | J | C | |
| 136. -Vanguard Growth Index Mutual Fund | A | Dividend | | | Sold | 10/06/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Dreyfus Int'l Bond Fund Mutual Fund | A | Dividend | K | T | Buy | 09/28/09 | J | | |
| 138. | | | | | Buy (add'l) | 10/14/09 | J | | |
| 139. -Oakmark Equity & Income Mutual Fund | A | Dividend | J | T | Buy | 10/14/09 | J | | |
| 140. | | | | | | | | | |
| 141. SMITH BARNEY: | | | | | | | | | |
| 142. -Aim Equity - Constellation Mutual Fund | | None | | | Sold | 09/22/09 | J | | |
| 143. -Calamos Growth Fund | | None | | | Sold | 09/22/09 | J | | |
| 144. | | | | | | | | | |
| 145. Bank of America Money Market Fund (X) | A | Interest | J | T | Buy | 10/01/09 | J | | |
| 146. | | | | | | | | | |
| 147. Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | A | Interest | J | W | | | | | |
| 148. Ltd. Partner, Deming Apartments, LLC | A | Distribution | J | W | | | | | |
| 149. | | | | | | | | | |
| 150. MassMutual: GP Life at 69 | A | Dividend | K | T | | | | | |
| 151. | | | | | | | | | |
| 152. MassMutual: Whole Life | | None | K | T | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  CBSS, LLC | | None | K | U | Buy (add'l) | 03/15/09 | J | | |
| 155. | | | | | | | | | |
| 156.  TRUST #1(Fidelity) | | | | | | | | | |
| 157.  - Fidelity Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 158.  - Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 159.  - Fidelity Contrafund Mutual Fund | A | Dividend | J | T | | | | | |
| 160.  - Fidelity Dividend Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 161.  - Fidelity Export & Multint'l Mutual Fund | A | Dividend | J | T | | | | | |
| 162.  - Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 163.  - Fidelity Int'l Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 164.  - Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 165.  - Fidelity Small Cap Stock Mutual Fund | | None | J | T | | | | | |
| 166.  - Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 167.  - Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 168. | | | | | | | | | |
| 169.  Trust #1, Sutter County, CA | B | Distribution | M | W | | | | | |
| 170. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/09/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 4, Line 7: The name ChaseMellon has been corrected to BNY Mellon.

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 7-09-10 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544